**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

GARCIA CRUZ,

Petitioner,

v.

BLANCHE, et al.,

Respondents.

Civil Action No. 1:26-cv-09497-KMW

Hon. Karen M. Williams

**Order**

This matter having come before the Court on Petitioner's request for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown;

IT IS on this 20th day of October, 2026, ORDERED that:

1. Petitioner's request for voluntary dismissal is GRANTED.

2. The petition for a writ of habeas corpus and this action are DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case.

HON. KAREN M. WILLIAMS
United States District Judge